IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01131-STA-jay |
| | ) | |
| DAVID B. RAUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY STAY CASE**
**ORDER ADMINISTRATIVELY CLOSING CASE**

Before the Court is the parties' Joint Motion to Administratively Stay Case Pending Ruling in Sixth Circuit (Doc. No. 34) filed May 9, 2023. The parties seek a stay of this case until the United States Court of Appeals for the Sixth Circuit issues a decision in *Does #1-9 v. Lee*, No. 23-5248 (6th Cir. filed March 28, 2023). For good cause shown, the Motion to Administratively Stay is **GRANTED**. The Court hereby stays the case and continues the trial currently set for June 24, 2024, and all of the remaining pretrial and case management deadlines.

The Clerk of Court is directed to administratively close the case. Within 30 days of the Sixth Circuit's decision in *Does #1-9 v. Lee*, the parties shall file a notice to that effect and move to reopen the case and lift the stay.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 9, 2023

1